

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DALLAS EUROPEAN AUTO, L.L.C., | § | No. 08-12-00336-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law #1 |
| HAMID MASSOUDI D/B/A SPORT MOTOR CARS, | § | of Collin County, Texas |
| | § | |
| Appellee. | § | (TC#001-01761-2011) |
| | § | |

## MEMORANDUM OPINION

Appellant, Dallas European Auto, LLC, and Appellee, Hamid Massoudi d/b/a Sport Motor Cars, have jointly moved to dismiss this appeal. As permitted by the Rules of Appellate Procedure, an appeal may be dismissed "[i]n accordance with an agreement signed by the parties or their attorneys . . . ." TEX.R.APP.P. 42.1(a)(2). Because Appellant and Appellee have complied with the requirements of Rule 42.1, we grant the motion to dismiss and dismiss the appeal. While the motion itself does not set out an arrangement regarding costs, the proposed order attached to the motion does. Construing this pleading liberally each party will be taxed their own costs. See TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

February 27, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.